## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-40266 |
| DANIEL STEVEN JACKOVICH, | ) | CHAPTER 7 |
| and DESA E. JACKOVICH, | ) | |
| Debtor(s). | ) | JUDGE PAMELA S. HOLLIS |
| | ) | (Joliet) |

### TRUSTEE'S CERTIFICATE OF SERVICE
### FOR NOTICE OF TRUSTEE'S FINAL REPORT

To:     **See Attached Service List**

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 27th day of January, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

_/s/ Peter N. Metrou_____
**Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

1

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

(p)CITIBANK
PO BOX 6043
SIOUX FALLS SD 57117-6043

AP Account Services, LLC.
Box 692365
San Antonio, TX 78269-2365

ATS Processing Svcs
PO Box 956649
Saint Louis, MO 63195-6649

Avis Processing Services
Box 13270 A-5
Scottsdale, AZ 85267-3270

BANK OF AMERICA N.A
P.O. Box 26012
NC4-105-01-52
Greensboro, NC 27420-6012

Bby/cbna
50 Northwest Point Road
Elk Grove Village, IL 60007-1032

C.U. Recovery, Inc.
26263 Forest Boulevard
Wyoming, MN 55092-8033

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chevy Chase Fed Sav Ba
Capital One/Attn:Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

City of Berkeley
2180 Milvia St
Berkeley, CA 94704-1193

City of Berkeley
Citation Processing Center
Box 54017
Los Angeles, CA 90054-0017

CommonWealth Credit Union
P.O. Box 380
Bourbonnais, IL 60914-0380

Commonwealth Cu
563 William Latham Dr
Bourbonnais, IL 60914-2319

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

GECRB/Sams Club
Gecrb/Sams Club
Po Box 103104
Roswell, GA 30076-9104

Genisys Credit Union
2100 Executive Hills Blv
Auburn Hills, MI 48326-2947

ICS Collection Service
PO Box 1010
Tinley Park, IL 60477-9110

LDC Collection Systems
PO BOX 54017
Los Angeles, CA 90054-0017

National City Bank
2730 Liberty Ave
Pittsburgh, PA 15222-4704

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

RCM Heating & Cooling
811 Somerset Acres
New Lenox, IL 60451-9664

RMCB
PO Box 1235
Elmsford, NY 10523-0935

Silver Cross Hospital
1900 Silver Cross Blvd
New Lenox, IL 60451-9509

Silver Cross Hospital
Payment Processing Center
PO Box 739
Moline, IL 61266-0739

Southwest Gastroenterology SC
9921 Southwest Hwy
Oak Lawn, IL 60453-3754

Sports & Spine Rehab
39 W Bankview
Frankfort, IL 60423-1861

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DANIEL STEVEN JACKOVICH | § | Case No. 14-40266 |
| DESA E. JACKOVICH | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on March 3, 2017 in

Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/27/2017                    By: /s/ Peter N. Metrou
                                                              Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                       §
                                             §
DANIEL STEVEN JACKOVICH            §         Case No. 14-40266
DESA E. JACKOVICH                         §
                                             §
            Debtors                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                    $           12,228.76

and approved disbursements of                          $              128.69

leaving a balance on hand of[1]                        $           12,100.07

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $    1,972.88 | $    0.00 | $    1,972.88 |
| Trustee Expenses: Peter N. Metrou | $    55.18 | $    0.00 | $    55.18 |
| Other: ARTHUR B. LEVINE COMPANY | $    4.26 | $    4.26 | $    0.00 |

Total to be paid for chapter 7 administrative expenses          $          2,028.06

Remaining Balance                                                $         10,072.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,867.81  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMMONWEALTH CREDIT UNION | $      10,944.74 | $        0.00 | $      1,138.00 |
| 2 | DISCOVER BANK | $      16,649.77 | $        0.00 | $      1,731.19 |
| 3 | DISCOVER BANK | $      20,197.14 | $        0.00 | $      2,100.04 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $      30,519.86 | $        0.00 | $      3,173.36 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $         591.58 | $        0.00 | $          61.51 |
| 6 | GENISYS CREDIT UNION | $        9,840.61 | $        0.00 | $      1,023.20 |
| 7 | CAPITAL RECOVERY V, LLC | $        8,124.11 | $        0.00 | $         844.71 |

Total to be paid to timely general unsecured creditors          $            10,072.01

Remaining Balance          $                    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
                                              Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.