# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DANIEL STEVEN JACKOVICH | § | Case No. 14-40266 |
| DESA E. JACKOVICH | § | |
| | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 329,912.50                           Assets Exempt: 484,609.00
*(Without deducting any secured claims)*


Total Distributions to Claimants: 10,072.01            Claims Discharged
                                                       Without Payment: 514,240.80


Total Expenses of Administration: 2,156.75

---

3) Total gross receipts of $ 12,228.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,228.76 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 330,288.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,156.75 | 2,156.75 | 2,156.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 214,332.00 | 96,867.81 | 96,867.81 | 10,072.01 |
| **TOTAL DISBURSEMENTS** | $ 544,620.00 | $ 99,024.56 | $ 99,024.56 | $ 12,228.76 |

4)  This case was originally filed under chapter 7 on 11/05/2014 . The case was pending for 30 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/11/2017            By:/s/Peter N. Metrou, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1994 HARLEY SOFT TAIL NOSTAGIA WITH 6,000 MILES VA | 1129-000 | 4,520.00 |
| UNIVERSAL LIFE INSURANCE HELD BY LINCOLN NATIONAL | 1129-000 | 7,708.76 |
| **TOTAL GROSS RECEIPTS** | | **$12,228.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America P.O. Box 982236 El Paso, TX 79998 | | 3,990.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chevy Chase Fed Sav Ba Capital One/Attn:Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 288,612.00 | NA | NA | 0.00 |
| | National City Bank 2730 Liberty Ave Pittsburgh, PA 15222 | | 37,686.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 330,288.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,972.88 | 1,972.88 | 1,972.88 |
| Peter N. Metrou | 2200-000 | NA | 55.18 | 55.18 | 55.18 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 4.26 | 4.26 | 4.26 |
| Associated Bank | 2600-000 | NA | 124.43 | 124.43 | 124.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 2,156.75** | **$ 2,156.75** | **$ 2,156.75** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avis Processing Services Box 13270 A-5 Scottsdale, AZ 85267 | | 37.00 | NA | NA | 0.00 |
| | Bby/cbna 50 Northwest Point Road Elk Grove Village, IL 60007 | | 591.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 6,425.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 37,757.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 31,459.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Citi Corp Credit Services/Attn:Centraliz 7920 Nw 110th St Kansas City, MO 64195 | | 17,030.00 | NA | NA | 0.00 |
| | City of Berkeley Citation Processing Center Box 54017 Los Angeles, CA 90054 | | 376.00 | NA | NA | 0.00 |
| | ICS Collection Service PO Box 1010 Tinley Park, IL 60477 | | 550.00 | NA | NA | 0.00 |
| | LDC Collection Systems PO BOX 54017 Los Angeles, CA 90054 | | 376.00 | NA | NA | 0.00 |
| | RCM Heating & Cooling 811 Somerset Acres New Lenox, IL 60451 | | 85.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 1900 Silver Cross Blvd New Lenox, IL 60451-9508 | | 1,826.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southwest Gastroenterology SC 9921 Southwest Hwy Oak Lawn, IL 60453 | | 645.00 | NA | NA | 0.00 |
| 7 | CAPITAL RECOVERY V, LLC | 7100-000 | 8,124.00 | 8,124.11 | 8,124.11 | 844.71 |
| 1 | COMMONWEALTH CREDIT UNION | 7100-000 | 31,268.00 | 10,944.74 | 10,944.74 | 1,138.00 |
| 2 | DISCOVER BANK | 7100-000 | 16,649.00 | 16,649.77 | 16,649.77 | 1,731.19 |
| 3 | DISCOVER BANK | 7100-000 | 20,197.00 | 20,197.14 | 20,197.14 | 2,100.04 |
| 6 | GENISYS CREDIT UNION | 7100-000 | 10,418.00 | 9,840.61 | 9,840.61 | 1,023.20 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 30,519.00 | 30,519.86 | 30,519.86 | 3,173.36 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 591.58 | 591.58 | 61.51 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 214,332.00 | $ 96,867.81 | $ 96,867.81 | $ 10,072.01 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-40266 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DANIEL STEVEN JACKOVICH | | | | Date Filed (f) or Converted (c): | 11/05/2014 (f) |
| | DESA E. JACKOVICH | | | | 341(a) Meeting Date: | 12/03/2014 |
| For Period Ending: | 04/11/2017 | | | | Claims Bar Date: | 11/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE LOCATED AT 600 DEER RUN LA | 340,000.00 | 0.00 | OA | 0.00 | FA |
| 2. GENISYS CREDIT UNION CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 3. SBT BANK SAVINGS ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 4. GENISYS BANK SAVINGS ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 5. SBC BANK CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 8. 12 GAUGE SHOT GUN | 100.00 | 0.00 | | 0.00 | FA |
| 9. WHOLE LIFE INSURANCE HELD BY NEW YORK LIFE INSURAN | 2,980.17 | 0.00 | | 0.00 | FA |
| 10. UNIVERSAL LIFE INSURANCE HELD BY LINCOLN NATIONAL | 8,442.83 | 7,708.76 | | 7,708.76 | FA |
| 11. NEW YORK LIFE WHOLE LIFE WITH NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 12. IRA RETIREMENT PLAN HELD BY UBS FINANCIAL SERVICES | 174,207.93 | 0.00 | | 0.00 | FA |
| 13. IRA RETIREMENT PLAN HELD BY UBS FINANCIAL SERVICES | 247,014.87 | 0.00 | | 0.00 | FA |
| 14. RETIREMENT ACCOUNT HELD BY AXA EQUITABLE | 16,856.03 | 0.00 | | 0.00 | FA |
| 15. 2014 ANTICIPATED PRO-RATA TAX REFUND | 2,000.00 | 0.00 | | 0.00 | FA |
| 16. 2011 LINCOLN MKS WITH APPROXIMATELY 52,000 MILES V | 15,399.00 | 0.00 | | 0.00 | FA |
| 17. 2010 CHEVROLET EQUINOX WITH APPROXIMATELY 56,000 M | 10,203.00 | 0.00 | | 0.00 | FA |
| 18. 1994 HARLEY SOFT TAIL NOSTAGIA WITH 6,000 MILES VA | 4,465.00 | 4,520.00 | | 4,520.00 | FA |
| 19. 1999 CHEVROLET SILVERADO WITH 150,000 MILES JOINTL | 760.50 | 0.00 | | 0.00 | FA |
| 20. 30 YEAR-OLD TRACTOR AND RIDING LAWN MOWER | 1,750.00 | 0.00 | | 0.00 | FA |

|                                    |              |              | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values)  | $827,429.33  | $12,228.76   | $12,228.76     Exhibit 8  $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to Employ counsel granted Dkt#35-8-15-2015. Abandoned Real Estate per Dkt# 39 1-15-2016. Motion for settlement approved by the court see Dkt# 41 April 1, 2016- settlement includes payments over time.  Sent TFR to UST on 1/23/2017.



RE PROP #         1    --    Order to abandon real estate entered 1-15-2016.

Initial Projected Date of Final Report (TFR): 08/01/2016           Current Projected Date of Final Report (TFR): 01/23/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-40266 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: DANIEL STEVEN JACKOVICH | Bank Name: Associated Bank |
| DESA E. JACKOVICH | Account Number/CD#: XXXXXX5579 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3416 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/16 | 10 | LINCOLN FINANCIAL GROUP<br>100 North Greene Street Greensboro, NC 27401 | Liquidation of Wole Life Insurance | 1129-000 | $7,708.76 | | $7,708.76 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $7,698.76 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $4.26 | $7,694.50 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.44 | $7,683.06 |
| 04/23/16 | 18 | Daniel and Desa Jackovich<br>600 Deer Run Lane<br>New Lenox, IL 60451-1302 | Settlement payment on Harley | 1129-000 | $1,400.00 | | $9,083.06 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.46 | $9,071.60 |
| 05/23/16 | 18 | Daniel & Desa Jackovich<br>600 Deer Rin Lane<br>New Lenox, IL 60451-1302 | Payment on settlement | 1129-000 | $520.00 | | $9,591.60 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.71 | $9,577.89 |
| 07/07/16 | 18 | Daniel & Desa Jackovich<br>600 Deer Run Lane<br>New Lenox, IL 60451-1302 | Payment on settlement | 1129-000 | $520.00 | | $10,097.89 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.78 | $10,084.11 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.84 | $10,069.27 |
| 08/12/16 | 18 | Daniel S. Jackovich and Desa Jackovich<br>600 Deer Run Lane<br>New Lenox, IL 60451-1302 | Payment on Settlement for Harley | 1129-000 | $520.00 | | $10,589.27 |
| 08/26/16 | 18 | Daniel & Desa Jackovich<br>600 Deer Run Lane<br>New Lenox, IL 60451-1302 | Payment on settlement Payment on liquidation of Harley per court approval | 1129-000 | $520.00 | | $11,109.27 |
| | | | Page Subtotals: | | $11,188.76 | $79.49 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-40266 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | DANIEL STEVEN JACKOVICH | | Bank Name: | Associated Bank |
| | DESA E. JACKOVICH | | Account Number/CD#: | XXXXXX5579 |
| | | | | Checking Account (Non-Interest Earn) |
| Taxpayer ID No: | XX-XXX3416 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 04/11/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.62 | $11,093.65 |
| 09/23/16 | 18 | Daniel & Desa Jackovich<br>600 Deer Run Lane<br>New Lenox, IL 60451-1302 | Liquidation proceeds from Sch B Property<br>Payment on settlement per court order. | 1129-000 | $520.00 | | $11,613.65 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.16 | $11,597.49 |
| 10/25/16 | 18 | Daniel S. Jackovich<br>600 Deer Run Lane<br>New Lenox, IL 60451-1302 | Payment on settlement<br>Payment on liquidation of Harley | 1129-000 | $520.00 | | $12,117.49 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.42 | $12,100.07 |
| 03/06/17 | 5002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $2,028.06 | $10,072.01 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($1,972.88) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($55.18) | 2200-000 | | | |
| 03/06/17 | 5003 | COMMONWEALTH CREDIT UNION<br>P.O. BOX 380<br>BOURBONNAIS, IL 60914 | Final distribution to claim 1 representing a payment of 10.40 % per court order. | 7100-000 | | $1,138.00 | $8,934.01 |
| 03/06/17 | 5004 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 2 representing a payment of 10.40 % per court order. | 7100-000 | | $1,731.19 | $7,202.82 |
| 03/06/17 | 5005 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 3 representing a payment of 10.40 % per court order. | 7100-000 | | $2,100.04 | $5,102.78 |

Page Subtotals: $1,040.00  $7,046.49

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-40266 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: DANIEL STEVEN JACKOVICH | Bank Name: | Associated Bank |
| DESA E. JACKOVICH | Account Number/CD#: | XXXXXX5579 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3416 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/17 | 5006 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 4 representing a payment of 10.40 % per court order. | 7100-000 | | $3,173.36 | $1,929.42 |
| 03/06/17 | 5007 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 5 representing a payment of 10.40 % per court order. | 7100-000 | | $61.51 | $1,867.91 |
| 03/06/17 | 5008 | GENISYS CREDIT UNION 2100 EXECUTIVE HILLS BLV AUBURN HILLS, MI 48326 | Final distribution to claim 6 representing a payment of 10.40 % per court order. | 7100-000 | | $1,023.20 | $844.71 |
| 03/06/17 | 5009 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Final distribution to claim 7 representing a payment of 10.40 % per court order. | 7100-000 | | $844.71 | $0.00 |
| 03/13/17 | 5009 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Final distribution to claim 7 representing a payment of 10.40 % per court order. Reversal | 7100-000 | | ($844.71) | $844.71 |
| 03/15/17 | 5010 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Claim #7 Replacement of previous check issued and lost as Check# 5009. | 7100-000 | | $844.71 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $12,228.76 | $12,228.76 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,228.76 | $12,228.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,228.76 | $12,228.76 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $5,102.78 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5579 - Checking Account (Non-Interest Earn | $12,228.76 | $12,228.76 | $0.00 |
| | $12,228.76 | $12,228.76 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,228.76 |
| Total Gross Receipts: | $12,228.76 |